IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Richmond Division

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) Criminal No. 3:18cr18-MHL |
| MOHAMED ABDELLAHI MOHAMED HORMA, | ) |
| | ) |
| a.k.a. "Mohamed Abdellahi Moham Horma" | ) |
| a.k.a. "Mohamed Abdel Mohamed Horma" | ) |
| | ) |
| Defendant. | ) |

**GOVERNMENT'S POTENTIAL WITNESS LIST**

The United States of America, by and through G. Zachary Terwilliger, United States Attorney, and Angela Mastandrea-Miller, Assistant United States Attorney, files its potential witness list for the November 20, 2018 hearing on defendant's Motion to Dismiss.

1. Sgt. Bodenhamer, Henrico County Police Department

2. Special Agent Williams Chin, HSI

3. Special Agent Bridgit DiPietto, FBI

4. Stacy Young, Financial Analyst, FBI

5. John Connolly, Altria/Bluewater Investigative Support Manager

6. Michael Talbert, Contractor Altria/Bluewater Investigations

                                                G. ZACHARY TERWILLIGER
                                                UNITED STATES ATTORNEY

By:           /s/_____
                    Angela Mastandrea-Miller
                    Assistant United States Attorney
                    United States Attorney's Office
                    919 East Main Street
                    Suite 1900
                    Richmond, Virginia 23219-2447
                    Telephone-804-819-5400
                    Fax-804-771-2316
                    Email: Angela.Miller3@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2018, I electronically filed the foregoing Potential Witness List in the above-captioned case using the CM/ECF system, which will send a notification of such filing (NEF) to:

Joseph S. Camden
Assistant Federal Public Defender
Office of the Public Defender
701 East Broad Street
Suite 3600
Richmond, Virginia 23219
Email: *joseph_camden@fd.org*

Robert J. Wagner
Assistant Federal Public Defender
Office of the Public Defender
701 East Broad Street
Suite 3600
Richmond, Virginia 23219
Email: *robert_wagner@fd.org*

                                                            _____/s/_____
                                                            Angela Mastandrea-Miller
                                                            Assistant United States Attorney